UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAYSA ABDEL-RAZEQ,<br><br>               Plaintiff,<br><br>             -against-<br><br>ALVAREZ & MARSAL, INC., PAUL AVERSANO, in his individual and professional capacities, ANTHONY CAPORRINO, in his individual and professional capacities, JOEL PORETSKY, in his individual and professional capacities, and LAUREEN RYAN, in her individual and professional capacities,<br><br>             Defendants. | Index No. 14 CV 5601 (JGK)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Alvarez & Marsal, Inc. (the "Company"), by and through its undersigned counsel Littler Mendelson, P.C., states that there is no parent corporation of the Company and there is no publicly held corporation owning 10% or more of the Company's stock.

Date:   September 12, 2014
          New York, New York

                                                   /s A. Michael Weber
                                                 A. Michael Weber
                                                 Meredith L. Kaufman
                                                 LITTLER MENDELSON, P.C.
                                                 900 Third Avenue
                                                 New York, NY  10022.3298
                                                 212.583.9600

                                                 *Attorneys for Defendants*